NOT FOR PUBLICATION (Doc. No. 10)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| William J. EINHORN, Administrator, Teamsters Health & Welfare Fund of Philadelphia and Vicinity | : : : : : | Civil No. 15–5910 (RBK/AMD) **ORDER** |
| Plaintiff, | : : | |
| v. | : : | |
| James CONNOR & Donna CONNOR | : : | |
| Defendants. | : : | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court upon the Motion for Default Judgment of Plaintiff William J. Einhorn against Defendants James and Donna Connor, and the Court having considered the moving papers, and for the reasons expressed in the accompanying Opinion;

**IT IS HEREBY ORDERED** that Plaintiff's Motion (Doc. No. 10) is **GRANTED IN PART**.

**IT IS HEREBY FURTHER ORDERED** that the Court enters default judgment against Defendants as to liability, attorney's fees, and costs. Plaintiff is entitled to $7,700 in attorney's fees and $656.61 in costs. The Court reserves judgment on the issue of damages and interest.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff is directed to file an affidavit supporting his request for an award of damages and interest within thirty (30) days of this Order.

Dated:   07/19/2016                                        /s Robert B. Kugler
                                                                         ROBERT B KUGLER
                                                                         United States District Judge